IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-139-FL-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GENARO LARA-SALGADO, | ) | |

In accordance with opinion and judgment of the United States Court of Appeals for the Fourth Circuit, taking effect through mandate entered this date, vacating the judgment of conviction as to this defendant Genaro Lara-Salgado, (DE ## 358, 359, 360), the court hereby vacates defendant's convictions on counts one, three, four, fourteen and fifteen, and DIRECTS that defendant be released from the custody of the Bureau of Prisons, subject to any pending detainers.

SO ORDERED, this 27th day of February, 2013.

LOUISE W. FLANAGAN
United States District Judge